**SO ORDERED: March 21, 2011.**



_____
**James K. Coachys
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SGENERIC (rev 11/2010)

In Re:
  Benjamin Michael Burrows
    SSN: xxx–xx–7492   EIN: NA
  Debtor(s)

Case Number:
**09–07292–JKC–13**

## ORDER

  A(n) Agreed Entry Resolving Motion for Relief From Stay and to Abandon Real Estate was filed with the Clerk of Court on March 17, 2011, by Creditor U.S. Bank, N.A., Debtor Benjamin Michael Burrows, and Trustee Robert A Brothers.

  IT IS THEREFORE ORDERED that the Agreed Entry Resolving Motion for Relief From Stay and to Abandon Real Estate is APPROVED.

###